UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RACHEL H. SHIPMAN,

    Plaintiff,

v.                                                                                          CASE NO: 2:18-cv-00139-JES-CM

CP SANIBEL, LLC

    Defendant.
_____/

**<u>DEFENDANT'S NOTICE OF SERVING PROPOSAL FOR SETTLEMENT</u>**

Defendant, CP Sanibel, LLC d/b/a Sanibel Harbour Marriott Resort & Spa, pursuant to Section 768.79, Florida Statutes, and Rule 1.442, Florida Rules of Civil Procedure, hereby gives notice of serving its Proposal for Settlement on the Plaintiff, Rachel H. Shipman, on June 20, 2019.

**[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed the foregoing document with the Clerk of the Court using CM/ECF system and a true and correct copy was served by CM/ECF to: Christopher J. Smith, Esq., Goldstein, Buckley, Cechman, Rice & Purtz, PA, at csmith@gbclaw.com, axp@gbclaw.com; and jms@gbclaw.com, on this 20th day of June, 2019.

/s/ Michael T. Relihan
BRADLEY S. BELL, ESQ.
Florida Bar No.: 184306
MICHAEL T. RELIHAN, ESQ.
Florida Bar No.: 116053
BELL LAW GROUP, P.A.
407 N. Howard Ave.
Suite 201
Tampa, FL 33606
(813) 867-4522 (Telephone)
(813) 867-4542 (Facsimile)
bbell@bbellpa.com
mrelihan@bbellpa.com
Attorneys for Defendant

Secondary email addresses:
eservice@bbellpa.com