UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RACHEL H. SHIPMAN,

    Plaintiff,

v.    CASE NO:  2:18-cv-00139-JES-CM

CP SANIBEL, LLC

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Rachel H. Shipman, and Defendant, CP Sanibel, LLC d/b/a Sanibel Harbour Marriott Resort & Spa, hereby notify the Court, pursuant to Local Rule 3.08, that the parties have settled the claims asserted in the above captioned matter, and the parties are in the process of finalizing a settlement agreement.

Respectfully submitted this 2nd day of July, 2019.

| | |
|---|---|
| /s/ Christopher J. Smith | /s/ Michael T. Relihan |
| Florida Bar No.: 46260 | Florida Bar No.: 116053 |
| GOLDSTEIN, BUCKLEY, CECHMAN, | BELL LAW GROUP, P.A. |
| RICE & PURTZ, P.A. | 407 N. Howard Ave., Suite 201 |
| Post Office Box 2366 | Tampa, FL 33606 |
| Fort Myers, Florida 33902-2366 | (813) 867-4522 (Telephone) |
| (239) 334-1146 | mrelihan@bbellpa.com |
| cjs@gbclaw.com | Attorney for Defendant |
| Attorney for Plaintiff | |

**[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I filed the foregoing document with the Clerk of the Court using CM/ECF system and a true and correct copy was served by CM/ECF to: Christopher J. Smith, Esq., Goldstein, Buckley, Cechman, Rice & Purtz, PA, at csmith@gbclaw.com, axp@gbclaw.com; and jms@gbclaw.com, on this 2nd day of July, 2019.

/s/ Michael T. Relihan
BRADLEY S. BELL, ESQ.
Florida Bar No.: 184306
MICHAEL T. RELIHAN, ESQ.
Florida Bar No.: 116053
BELL LAW GROUP, P.A.
407 N. Howard Ave.
Suite 201
Tampa, FL 33606
(813) 867-4522 (Telephone)
(813) 867-4542 (Facsimile)
bbell@bbellpa.com
mrelihan@bbellpa.com
Attorneys for Defendant

Secondary email addresses:
eservice@bbellpa.com